UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARIO SALGADO,

                Plaintiff,              **ECF CASE**

     v.

                                    08 Civ. 3995 (AKH)

MICHAEL CHERTOFF, et al.,

                Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          June 26, 2008

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                               By:    /s/_____
                                               PATRICIA BUCHANAN
                                               Assistant United States Attorney
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Telephone: (212) 637-3274
                                               Facsimile: (212) 637-2786
                                               Email: patricia.buchanan@usdoj.gov

TO:    E. Abel Arcia
          82-17 Roosevelt Avenue, 2nd Floor
          Jackson Heights, NY 11372